# In the United States Court of Federal Claims

No. 20-359C
(Filed January 5, 2021)

```
* * * * * * * * * * * * * * * * *
                                  *
BRENDA BRASWELL, et al.,          *
                                  *
                Plaintiffs,       *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
                Defendant.        *
                                  *
* * * * * * * * * * * * * * * * *
```

## ORDER

Plaintiffs' unopposed motion for an enlargement of the time period in which to file a response to defendant's motion to dismiss the case, ECF No. 17, is **GRANTED**. Accordingly, that response shall be filed on or by **Friday, January 22, 2021**.

**IT IS SO ORDERED.**

                                              s/ Victor J. Wolski
                                              **VICTOR J. WOLSKI**
                                              Senior Judge