# In the United States Court of Federal Claims

No. 20-359C
(Filed July 11, 2022)

```
* * * * * * * * * * * * * * * * *
                                 *
BRENDA BRASWELL, et al.,         *
                                 *
               Plaintiffs,       *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
               Defendant.        *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

    It has come to the Court's attention that we have inadvertently failed to issue an order concerning the government's motion to stay the filing deadline for the response to the second amended complaint. *See* ECF No. 30. That motion is **GRANTED**. The deadline for such a response shall be among the matters discussed in the joint status report to be filed within thirty days of the Federal Circuit's decision in *Adams v. United States*, No. 21-1662, becoming final and unappealable. *See Braswell v. United States*, 155 Fed. Cl. 148, 151 (2021).

**IT IS SO ORDERED.**

                                                s/ Victor J. Wolski
                                                **VICTOR J. WOLSKI**
                                                Senior Judge