# In the United States Court of Federal Claims

No. 20-359C
(Filed April 25, 2023)

```
* * * * * * * * * * * * * * * * *
                                  *
BRENDA BRASWELL, et al.,          *
                                  *
                 Plaintiffs,      *
                                  *
         v.                       *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
                                  *
* * * * * * * * * * * * * * * * *
```

### ORDER

      On April 24, 2023, Mr. Walter Reeves of Atlanta, Georgia sent to the Clerk's office a document entitled "Petition to Submit Motion."  Mister Reeves previously submitted a motion "to be listed as an Interested Party," which the Court denied.  *See* Order, ECF No. 60.  Although Mr. Reeves names this case in his most recent document, the purpose of this petition seems to be to ask the Court to publicly endorse his candidacy for political office.  The Court cannot support Mr. Reeves' candidacy.  *See* Code of Conduct for United States Judges 5(A)(2).  Therefore, his petition is **DENIED**.  The Clerk is directed not to file Mr. Reeves's document and to return his petition, along with this order, to the address that he provided.

**IT IS SO ORDERED.**

                                  s/ Victor J. Wolski
                                  **VICTOR J. WOLSKI**
                                  Senior Judge