# In the United States Court of Federal Claims

No. 20-359C

(Filed July 8, 2024)

```
* * * * * * * * * * * * * * * * *
                                 *
BRENDA BRASWELL, et al.,         *
                                 *
              Plaintiffs,        *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

    Plaintiffs' unopposed request that the stay be extended an additional 60 days, so that counsel can communicate with the approximately 60,000 opt-in plaintiffs to determine whether any have claims that may satisfy the *Adams* criteria, ECF No. 78, is **GRANTED**. Accordingly, on or before **Friday, September 6, 2024**, counsel for the parties shall file a joint status report proposing further proceedings in this case.

**IT IS SO ORDERED.**

                                              s/ Victor J. Wolski  
                                              **VICTOR J. WOLSKI**  
                                              Senior Judge